JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| JULIE SCHIFFER,<br><br>    Plaintiff,<br><br>v.<br><br>DEFENDANTS HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY AND GROUP LONG TERM DISABILITY PLAN FOR EMPLOYEES OF SOMERA COMMUNICATIONS, INC.; and DOES 1 to 10, Inclusive,<br><br>    Defendants. | Case No.  CV 08-08635 VBF (JTLx)<br><br>**ORDER DISMISSING ACTION WITH PREJUDICE** |

Pursuant to the parties' stipulation, IT IS HEREBY ORDERED that the above-referenced action shall be dismissed in its entirety with prejudice as to all Defendants, with each party to bear her or its own attorneys' fees and costs.

DATED: July 10, 2009

_____
VALERIE BAKER FAIRBANK
UNITED STATES DISTRICT JUDGE